# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KWAME INKRUMA BELL**,

      **Petitioner**,

v.                                                           **Civil Action no. 3:07cv167**
                                                              (Judge Bailey)

**WAYNE A. PHILLIPS,**

      **Respondent.**

## ORDER GRANTING MOTION TO SEAL

The respondent having moved the Court, pursuant to the E-Government Act of 2002, to file documents under seal herein, more specifically, Attachment D, in support of the Response to Show Cause Order, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the respondent's Motion, it is accordingly **ORDERED** that the Motion (Doc. 10) be **GRANTED** and that Attachment D, as set forth and identified in respondent's Motion and currently lodged with the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the records herein.

The Clerk is directed to provide a copy of this Order to the *pro se* petitioner and counsel of record.

DATED: February 25, 2008.

      **IT IS SO ORDERED.**

                                                                 /s/ James E. Seibert
                                                                JAMES E. SEIBERT
                                                                UNITED STATES MAGISTRATE JUDGE