**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**


**KWAME INKRUMA BELL,**

       **Petitioner,**


**v.**                                 **Civil Action No.  3:07cv167**
                                           **(Judge Bailey)**


**WAYNE A. PHILLIPS,**

       **Respondent.**

## ORDER TERMINATING MOTION

On, December 18, 2007 *pro se* petitioner, Kwame Bell, initiated this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  On March 3, 2008, he filed a document which was docketed as a Motion to Move the Court to Verify the Non-Existence of an Enhancement.  Upon review of the same, the Court notes that it is styled in the United States District Court for the Eastern District of Michigan, the Court wherein the petition was convicted.  It is apparent from further review of the document, that it seeks no ruling from this Court but is simply a courtesy copy of a motion filed in the Eastern District of Michigan.   Therefore the Clerk is directed to terminate the motion (Doc. 16).  The document, however, will remain on file and will be considered by the Court as necessary.

IT IS SO ORDERED.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner and counsel of record.

DATED: March 7, 2008

                                      /s/ James E. Seibert
                                      JAMES E. SEIBERT
                                      UNITED STATES MAGISTRATE JUDGE